UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENE RUBEN RAMIREZ ALATORRE,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE R. ASHER, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement; et, al.,<br><br>Respondents. | Case No. C20-1147-RSM-BAT<br><br>ORDER GRANTING RELIEF FROM A DEADLINE |

This matter comes before the Court on Petitioner's Motion for Relief from a Filing Deadline. Dkt. #22. Having considered the unopposed briefing submitted by the Petitioner, the Court finds good cause and ORDERS that Petitioner's Motion for Relief from a Filing Deadline, Dkt. #22, is GRANTED. The filing of Petitioner's Objections on November 12, 2020, will be considered timely.

DATED this 17th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING RELIEF FROM A DEADLINE - 1