Chief District Judge Ricardo S. Martinez
Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENE RUBEN RAMIREZ-ALATORRE,<br><br>Petitioner,<br><br>v.<br><br>NATHALIE ASHER, *et al.*,<br><br>Respondents. | Case No. 20-cv-1147 RSM-BAT<br><br>ORDER GRANTING MOTION TO DISMISS FOR MOOTNESS |

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that:

The Government's Motion to Dismiss is GRANTED.

Dated this 4th day of January, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS
[Case No. C20-1147 RSM-BAT] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

1

2  Presented by:

3  BRIAN T. MORAN
United States Attorney

4

5  */s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS# 4666657

6  Assistant United States Attorney
Western District of Washington

7  United States Attorney's Office
1201 Pacific Avenue, Suite 700

8  Tacoma, Washington 98402
Phone:   206-553-7970

9  Email:   michelle.lambert@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING MOTION TO DISMISS
 [Case No. C20-1147 RSM-BAT] - 2

**UNITED STATES ATTORNEY**
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800